AO 450 (Rev. 11/11) Judgment in a Civil Action

Case 1:23-cv-01687-KES-SKO    Document 47    Filed 09/23/24    Page 1 of 1

FILED
SEP 23 2024
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the

Chris Epperson
*Plaintiff*

v.

United States Congress
*Defendant*

Civil Action No. 23-01687-KES-SKO
1:23CV1687

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgement Order No. 4855

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Sheila K Oberto on a motion for _____

Date: November 15 2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

RECEIVED
SEP 23 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK