# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CHRIS EPPERSON,**

CASE NO: **1:23–CV–01687–KES–SKO**

v.

**UNITED STATES CONGRESS, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/01/2024**

**Keith Holland**
Clerk of Court

ENTERED: **October 1, 2024**

by: /s/ C. Maldonado
Deputy Clerk